IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY JACKSON,<br><br>                Plaintiff,<br><br>  v.<br>NANCY A. BERRYHILL<br>Acting Commissioner of the Social Security Administration,<br><br>                Defendant. | CIVIL ACTION<br>NO. 17-3870 |

**ORDER**

**AND NOW**, this 6th day of February 2019, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Linda K. Caracappa (Doc. No. 20), Plaintiff's Objections to the Report and Recommendation (Doc. No. 23), Defendant's Response to Plaintiff's Objections (Doc. No. 24), the record in this case, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation (Doc. No. 23) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 20) is **APPROVED** and **ADOPTED**.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.